**Opinion filed May 19, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00081-CR

_____

## JARRETT ROSS GREEN, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR29408**

## M E M O R A N D U M   O P I N I O N

Jarrett Ross Green was convicted of aggravated assault and sentenced to confinement for a term of five years. We dismiss the appeal.

Appellant did not file an affidavit of inability to pay for the record and has not been declared unable to pay costs. The clerk of the trial court and the court reporter have notified this court that appellant has neither filed a written designation specifying the matters to be included in the clerk's record or the reporter's record nor made arrangements to pay for the clerk's record or the reporter's record. On April 18, 2011, the clerk of this court wrote appellant and requested that he forward proof that he has filed a designation of the clerk's record and reporter's record

and made arrangements to pay for the clerk's record and reporter's record by April 28, 2011. The clerk's letter of April 18 additionally informed appellant that the failure to provide the requested proof by the date indicated could result in the dismissal of this appeal for want of prosecution. There has been no response to the clerk's letter of April 18. The failure to file the clerk's record and the reporter's record appears to be due to appellant's actions. *See* TEX. R. APP. P. 37.3(b).

The appeal is dismissed for want of prosecution.

PER CURIAM

May 19, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.